338

Before the Second Division, July 13, 1938

No. 38993.—Protests 301281–G, etc., of Ivan B. Dahl & Co., Inc., et al. (New York).

Opinion by Tilson, J. It was stipulated that certain items consist of yarns in chief value of cellulose filaments similar to those involved in *Weinman* v. *United States* (T. D. 49408). The claim at 40 cents per pound under paragraph 31 was therefore sustained.

No. 38994.—Protests 310460–G, etc., of Rayon Importers, Inc., et al. (New York).

Opinion by Tilson, J. It was stipulated that certain items consist of yarn in chief value of cellulose filaments similar to those involved in *Weinman* v. *United States* (T. D. 49408). The claim at 40 cents per pound under paragraph 31 was therefore sustained.

No. 38995.—Protest 496975–G of Leonhardt & Brush (New York).

Opinion by Tilson, J. The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 38996.—Protest 299942–G of J. E. Bernard & Co. (New York).

Opinion by Tilson, J. The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

No. 38997.—Protest 283226–G of Henri Bendel, Inc. (New York).

Opinion by Tilson, J. The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

Before the Third Division, July 13, 1938

No. 38998.—Protests 699130–G, etc., of American Push Broom & Brush Co. et al. (San Francisco).

Opinion by Keefe, J. It was stipulated that the merchandise consists of palm fiber or palmyra stalks the same as those passed upon in *American Push Broom & Brush Co.* v. *United States* (25 C. C. P. A. 248, T. D. 49391). The claim for free entry under paragraph 1684 was therefore sustained.